UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **JOSE ANTONIO SANCHEZ,** §<br>§<br>*Petitioner*, §<br>§<br>**v.** §<br>§<br>**KRISTI NOEM**, *in her official capacity as* §<br>Secretary, U.S. Department of Homeland §<br>Security; **and MARY DE ANDA-** §<br>**YBARRA,** *in her official capacity* as Field §<br>Office Director, El Paso Field Office, §<br>Immigration and Customs Enforcement, §<br>§<br>*Respondents*. § | **EP-25-CV-00588-DCG** |

## ORDER REQUIRING SUPPLEMENTAL NOTICE

On December 29, 2025, the Court partially granted Petitioner Jose Antonio Sanchez's Petition for Writ of Habeas Corpus (ECF No. 1) and ordered Respondents to take the following actions by December 30, 2025:

1. release Petitioner from custody; and

2. notify the Court whether they had released Petitioner from custody.[1]

On December 30, 2025, Respondents notified the Court that Petitioner "*w[ould] be released from custody on December 30, 2025.*"[2] It is unclear from Respondents' notice, however, whether they actually released Petitioner.[3]

---

[1] *See* Order Partially Grant Pet., ECF No. 6, at 6.

[2] *See* Resp'ts' Notice, ECF No. 7 (emphasis added).

[3] *See id.*

The Court therefore **ORDERS** that, **on or before January 9, 2026**, Respondents shall NOTIFY the Court whether they have released Petitioner from custody.

**So ORDERED and SIGNED this 5th day of January 2026.**

_____
**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**