UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **JOSE ANTONIO SANCHEZ,** § <br> § <br> *Petitioner*, § <br> § <br> **v.** § <br> § <br> **KRISTI NOEM,** *in her official capacity as* § <br> Secretary, U.S. Department of Homeland § <br> Security; and **MARY DE ANDA-** § <br> **YBARRA**, *in her official capacity as* Field § <br> Office Director, El Paso Field Office, § <br> Immigration and Customs Enforcement, § <br> § <br> *Respondents*. § | **EP-25-CV-00588-DCG** |

## ORDER CLOSING CASE

On December 29, 2025, the Court partially granted Petitioner Jose Antonio Sanchez's Petition for Writ of Habeas Corpus (ECF No. 1) and ordered Respondents to take the following actions by December 30, 2025:

1. release Petitioner from custody; and

2. notify the Court whether they had released Petitioner from custody.[1]

On December 30, 2025, Respondents assured the Court that "Petitioner *will* be released on December 30, 2025."[2] The Court ordered Respondents to confirm whether they had, in fact, released Petitioner from custody by the deadline.[3] Respondents filed a Supplemental Status

---

[1] *See* Order Partially Grant Pet., ECF No. 6, at 6.

[2] *See* Notice, ECF No. 7 (emphasis added).

[3] *See* Order Suppl. Notice., ECF No. 8, at 1–2.

Report confirming that they had complied with the Court's Order by releasing Petitioner from custody on December 30, 2025.[4]

Now that Petitioner has obtained the habeas relief to which he is entitled, there appears to be nothing further for the Court to do in this case.

The Court therefore **CLOSES** the above-captioned case.

**So ORDERED and SIGNED this 9th day of January 2026.**

_____
  **DAVID C. GUADERRAMA**
  **SENIOR U.S. DISTRICT JUDGE**

---

[4] Suppl. Notice, ECF No. 9, at 1.